

# Fourth Court of Appeals
## San Antonio, Texas

October 5, 2021

No. 04-21-00111-CV

Lisa **FLORES**,
Appellant

v.

Mario **DE LA OSSA** and Navy Federal Credit Union,
Appellees

From the 150th Judicial District Court, Bexar County, Texas
Trial Court No. 2020-CI-24502
Honorable David A. Canales, Judge Presiding

# O R D E R

After we granted two motions for extension of time to file Appellant's brief, the brief was due on September 7, 2021. *See* TEX. R. APP. P. 38.6(a), (d).

On September 15, 2021, after the deadline passed and no brief was filed, we ordered Appellant to file the brief and a motion for extension of time to file the brief by September 27, 2021, or we would dismiss the appeal for want of prosecution.

On September 27, 2021, Appellant filed the brief and a motion for extension of time to file the brief. Appellant's motion is GRANTED. Appellant's brief is deemed timely filed.

Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 5th day of October, 2021.

MICHAEL A. CRUZ, Clerk of Court